

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TASHAKI WALTON                                                                  PLAINTIFF

V.                                                 CIVIL ACTION NO.: 3:25-cv-314-CWR-ASH

JACKSON POLICE DEPARTMENT, et al.                            DEFENDANTS

### RULE 16(a) INITIAL ORDER

The above-captioned cause is set for a **TELEPHONIC CASE MANAGEMENT CONFERENCE (TCMC)** on **August 20, 2025,** at **9:00 a.m.** before:

> United States Magistrate Judge Andrew S. Harris
> Thad Cochran United States Courthouse
> 501 E. Court Street, Suite 5.150
> Jackson, MS 39201
> Telephone Number to use for TCMC: 601-608-4460
> Harris_Chambers@mssd.uscourts.gov

Unless otherwise agreed, **it shall be the responsibility of counsel for the plaintiff to initiate the conference call** at the scheduled time. This responsibility, however, rests with counsel for the defendant in cases involving a pro se plaintiff. Please note that the Court does *not* accept call-in instructions. Arrangements should be made to have all attorneys on the telephone and then a call shall be placed to the judge.

**Notice Regarding Possible Sanctions:** The failure of any party to timely submit the proposed Case Management Order or the party's Confidential Memorandum shall require in-person attendance at the conference by all defaulting counsel. All attorneys of record for the defaulting party shall be required to attend and the conference shall not be subject to rescheduling. Sanctions may be imposed at the conference.

### CONFERENCE OF THE PARTIES

**No later than twenty-one (21) days before the TCMC**, counsel and any unrepresented parties shall confer by telephone or in person regarding all matters set forth in Local Rule 26(f). The Local Rules are available on the Court's website at www.mssd.uscourts.gov. Counsel and all unrepresented parties are jointly responsible for arranging this conference of the parties and attempting in good faith to agree on a proposed Case Management Order. A Case Management Order form is available on the Court website and as Form No. 1 in the Local Rules.

## **PROPOSED CASE MANAGEMENT ORDER**

**No later than seven (7) days before the TCMC**, counsel shall submit a proposed Case Management Order to the Court via e-mail to Harris_Chambers@mssd.uscourts.gov. Counsel and any unrepresented parties shall be prepared to discuss all provisions of the proposed Case Management Order and make any special requests concerning that order at the TCMC.

## **CONFIDENTIAL SETTLEMENT MEMORANDA**

**No later than seven (7) days before the TCMC**, each party shall submit to the Court via e-mail to Harris_Chambers@mssd.uscourts.gov (for represented parties) or via U.S. Mail at the address above (for unrepresented parties proceeding pro se) a confidential memorandum (3 pages max) setting forth a brief explanation of the case and a candid appraisal of their respective positions, including possible settlement figures. Counsel will also furnish in their memoranda good faith estimates of the expense of carrying the litigation through trial and the appellate process (if not settled) and will have discussed these costs with their respective clients.

These memoranda are not to be exchanged between the parties and will be viewed only by the Court. Further, these memoranda shall not be filed with the Clerk of Court and will not become a part of the record. For parties represented by counsel, please do not mail a separate copy of the memorandum to the Court.

## **CASE MANAGEMENT PLAN**

At the TCMC, the Court and the parties shall be prepared to:

1. Identify the principal factual and legal issues in dispute;
2. Identify the alternative dispute resolution procedure which counsel intend to use, or report specifically why no such procedure would assist in the resolution of the case;
3. Indicate whether all parties consent to jurisdiction by a magistrate judge;
4. Review the parties' compliance with their disclosure obligations (including Fed. R. Civ. P. 7.1 and 26(a)(1)) and consider whether to order additional disclosures;
5. Determine whether to order early filing of any motions that might significantly affect the scope of discovery or other aspects of the litigation, and provide for the staged resolution or bifurcation of issues for trial consistent with Fed. R. Civ. P. 42(b);
6. Determine the plan for at least the first stage of discovery, impose limitations on each discovery tool, and address time periods and other appropriate matters;
7. Determine the date for the Local Rule 26(g) settlement conference or mediation;
8. Discuss scheduling and set appropriate deadlines, including dates for a settlement conference, completion of discovery, motions, the final pretrial conference, and trial (the parties should be prepared to discuss prior conflicts with the trial date); and,
9. Verify that counsel is registered for electronic document filing and familiar with the Administrative Procedures for Electronic Filing.

## **FINAL CASE MANAGEMENT ORDER**

  The Court will enter the final Case Management Order and docket the deadlines in the case within ten (10) days of the TCMC.

  Date: July 28, 2025       /s/ Andrew S. Harris
                United States Magistrate Judge